UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06CR2587-WQH |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING THE |
| v. ) | PRESERVATION AND INSPECTION |
| ) | OF EVIDENCE AND RE-WEIGHING |
| HERMENES GONZALEZ-VALDEZ, ) | OF DRUGS SEIZED |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that all government agencies charged with handling the evidence in this case (i.e. the Department of Customs and Border Protection; Fines, Penalties and Forfeitures; Immigration and Customs Enforcement, etc...) preserve the drugs and any other evidence seized in this case until further notice by the Court. The government is further ordered to permit the defense to inspect the vehicle and evidence seized in this case and re-weigh the drugs seized (with and without the packaging).

The United States Attorneys Office is ordered to take all steps necessary to ensure that the evidence in this case, including the drugs, is preserved.

DATED: January 25, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge